JAMES W. PURDY, JR., et al., Respondents, *v.* GUY S. BRANT-INGHAM, Appellant, Impleaded with Another.

*Purdy* v. *Brantingham,* 100 App. Div. 516, affirmed.
(Argued January 29, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Alexander Thain* for appellant.

*Allan C. Rowe* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, WERNER, HISCOCK and CHASE, JJ. Not voting: EDWARD T. BARTLETT, J.